LEOPOLD MANNABERG, Appellant, *v.* ELY CULBERTSON et al., Respondents, et al., Defendants.

Argued November 15, 1943; decided November 24, 1943.

729

*Gustave B. Garfield* for motion to have appeal heard on two copies of case, etc., and in opposition to cross motion to dismiss appeal.

*Jack Korshin* for motion to dismiss appeal and in opposition to appellant's motion.

Motion to have appeal heard on two copies of case, et cetera, dismissed.

Motion to dismiss appeal granted and appeal dismissed on the ground the order appealed from does not finally determine the action within the meaning of the Constitution.